**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

BRIAN VALENTI,

      Plaintiff,

          v.                        CASE NO. 1:25-CV-477-HAB

JIM HEFLIN, et al.,

      Defendants.

## OPINION AND ORDER

Plaintiff, proceeding pro se, filed this civil rights action in Blackford County Circuit Court, and Defendant removed the case to federal court on September 9, 2025. (ECF 1, 3). On December 9, 2025, the Defendants filed a Motion for Judgment on the Pleadings along with a brief in support of the motion. Plaintiff did not file a response and the motion remains pending. On March 5, 2026, the Magistrate Judge ordered the parties to file a joint written status report regarding the status of discovery on or before March 11, 2026. The Defendants filed an individual status report and in it noted that no discovery has occurred and "[c]ounsel for the Defendants was unable to contact the Plaintiff who is proceeding pro se and the address on file is simply a street address." (ECF 25). On April 27, 2026, the Magistrate Judge issued a bright-line notice indicating that the discovery period had closed and terminating the referral of non-dispositive matters to him.

A review of the docket along with the latest status report demonstrates that Plaintiff has failed to prosecute this case. The last contact the Court has had from the Plaintiff was November 10, 2025. He has conducted no discovery during the discovery period. Plaintiff has not complied with the Court's Order that a joint status report be filed, and he has not responded to the Motion for Judgment on the Pleadings. For this reason, the Court ORDERS Plaintiff Brian Valenti to

2

SHOW-CAUSE on or before July 9, 2026, why he has been inactive and unresponsive to matters involving his case. Plaintiff is FOREWARNED that if he fails to timely show cause as ordered, sanctions may issue, UP TO AND INCLUDING MONETARY FINES AND DISMISSAL OF THIS LAWSUIT.

**SO ORDERED** this 9th day of June 2026.

s/Holly A. Brady

CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT