**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

BRIAN VALENTI,                          )
                                        )
     Plaintiff,                         )
                                        )
v.                                      )          Cause No. 1:25-CV-477-HAB
                                        )
JIM HEFLIN, et al.,                     )
                                        )
     Defendants.                        )

**<u>OPINION AND ORDER</u>**

Plaintiff Brian Valenti ("Valenti"), proceeding pro se, filed this civil rights action in Blackford County Circuit Court, and Defendant removed the case to federal court on September 9, 2025. (ECF Nos. 1, 3). On December 9, 2025, the Defendants filed a Motion for Judgment on the Pleadings. (ECF No. 22). Valenti did not file a response. On March 5, 2026, the Magistrate Judge ordered the parties to file a joint written status report regarding the status of discovery on or before March 11, 2026. (ECF No. 24). The Defendants filed an individual status report and in it noted that no discovery had occurred and that "[c]ounsel for the Defendants was unable to contact the Plaintiff who is proceeding pro se and the address on file is simply a street address." (ECF No. 25). On April 27, 2026, the Magistrate Judge issued a bright-line notice indicating that the discovery period had closed and terminating the referral of non-dispositive matters to him. (ECF No. 26).

On June 9, 2026, this Court issued an order ordering Valenti to show cause by July 9, 2026 why he has been unactive and unresponsive to matters involving his case. (ECF No. 27). The Court noted that Valenti conducted no discovery during the discovery period, failed to comply with the Court's order that a joint status report be filed, and has not responded to the Motion for Judgment

on the Pleadings. The Court also warned Valenti that a failure to timely show case as ordered could result in sanctions, up to and including dismissal of this lawsuit. (*Id.*). Valenti has not responded to the show cause order. Therefore, Valenti's claims are DISMISSED WITH PREJUDICE.

        SO ORDERED on July 22, 2026.

s/ Holly A. Brady\
CHIEF JUDGE HOLLY A. BRADY\
UNITED STATES DISTRICT COURT